# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN MURILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOLLAND, et al<br><br>　　　　　Defendants. | Case No.  1:15-cv-00266-JLT (PC)<br><br>**ORDER DISREGARDING PLAINTIFF'S MOTION FOR COURT ORDER AND NOTICE RE COPIES FOR SUBMSSION DOCUMENTS**<br><br>**(Doc. 20)** |

　　　　Plaintiff. Joaquin Murillo, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on February 20, 2015.  (Doc. 1.)  The Court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A, found that it stated cognizable claims, and that service was appropriate.

　　　　On June 10, 2015, Plaintiff filed a motion indicating that prison staff were thwarting his efforts to provide the requisite copies of documents for service.  (Doc. 20.)  However, summonses have already issued and, along with the requisite copies of the Complaint, have been forwarded to the United States Marshall's office for service.  (*See* Docs. 16-19.)

///

///

///

///

1

Accordingly, Plaintiff's motion for court order and notice re copies of submission documents, filed on June 10, 2015 (Doc. 20), is HEREBY DISREGARDED as moot.

IT IS SO ORDERED.

Dated: **July 1, 2015**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE