# MINUTES

CASE NUMBER:   1:15-cv-00266-LJO-BMK

CASE NAME:      Joaquin Murillo v. K. Holland, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Barry M. Kurren          REPORTER:

DATE:    09/08/2016               TIME:

---

COURT ACTION:  EO:

Upon a finding of good cause, the Court GRANTS Defendants' Motion to Extend Time to Respond to Plaintiff's Discovery Requests (Doc. 43) and Defendants' Motion for Protective Order (Doc. 44).

The deadline for Defendants to respond to Plaintiff's pending discovery requests is extended until 45 days after the Court rules on Defendants' Motion to Dismiss (Doc. 27).  This Court will issue Findings and Recommendations regarding the Motion to Dismiss, then District Judge Lawrence J. O'Neill will rule on the Findings and Recommendations.  Defendants' deadline to respond to Plaintiff's pending discovery requests is 45 days after Judge O'Neill rules on this Court's Findings and Recommendations.

Discovery is stayed until Judge O'Neill rules on this Court's Findings and Recommendations.

IT IS SO ORDERED.

Submitted by kur2, law clerk.