# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN MURILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOLLAND, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00266-LJO-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION IN FULL AND DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF**<br><br>**(Docs. 63, 67, 73)** |

　　　　Plaintiff, Joaquin Murillo, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 16, 2017, the Magistrate Judge filed Findings and Recommendations which were served on the parties and contained notice that objections were to be filed within twenty-one days. Neither side filed any objections. Local Rule 304(b), (d).

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　The Findings and Recommendations, filed on November 16, 2017 (Doc. 73), is adopted in full; and

/ / /

/ /

1

2. Plaintiff's motions for injunctive relief, filed on July 11, 2017 and August 17, 2017 (Docs. 63, 67) requesting access to his legal files and to prohibit his housing in KVSP's Ad-Seg, are DENIED for lack of jurisdiction over "Kern Valley Staff" and lack of standing since Plaintiff is no longer housed at the facility where the allegations he proceeds on occurred.

IT IS SO ORDERED.

Dated: **December 18, 2017**    /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE