IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOAQUIN MURILLO,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**HOLLAND, et al.,**<br><br>　　　　　　　　　　Defendants. | 1:15-cv-0266 KJM DB P<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

On August 10, 2018, Defendants J. Gutierrez, K. Holland, and G. Ybarra filed a motion to extend the time to file Defendants' reply memorandum in support of Defendants' motion for summary judgment to August 17, 2018.

FOR GOOD CAUSE SHOWN, Defendants' motion to extend the time to file Defendants' reply memorandum in support of their motion for summary judgment to August 17, 2018 (ECF No. 105) is GRANTED. Defendants shall file their reply memorandum by August 17, 2018.

DATED: August 13, 2018

　　　　　　　　　　　　　　　　　　/s/ DEBORAH BARNES
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-cr/muri0266.reply eot