UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN MURILLO, <br><br> Plaintiff, <br><br> v. <br><br> K. HOLLAND, et al., <br><br> Defendants. | No. 1:15-cv-0266 KJM DB P <br><br><br> ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 13, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 13, 2019 (ECF No. 124) are adopted in full;

1

2. Defendant's motion to stay these proceedings (ECF No. 119) is granted;

3. All proceedings in this case are stayed pending the Ninth Circuit's decision on the interlocutory appeal in *Rico v. Ducart, et al.,* No. 19-15541; and

4. Defendant is ordered to let the court know within seven (7) days of the appeal's resolution.

DATED: August 27, 2019.

                                            UNITED STATES DISTRICT JUDGE