1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOAQUIN MURILLO,                              No.  1:15-cv-0266 KJM DB P

12                    Plaintiff,

13            v.                                     ORDER

14    K. HOLLAND, et al.,

15                    Defendants.

16

17            Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983.

18    On August 27, 2019, Chief District Judge Mueller ordered defendants to inform the court when

19    the Ninth Circuit issued its opinion in related case Rico v. Ducart, No. 2:17-cv-1402 KJM DB P.

20    On May 6, 2021, the Ninth Circuit issued its mandate in that case and an order filed November

21    20, 2020 became effective. Rico v. Ducart, 980 F.3d 1292.  Defendants have not responded to the

22    August 27, 2019 order.  This court will order defendants to file a status report.

23            IT IS HEREBY ORDERED that within twenty days of the filed date of this order,

24    defendants shall inform the court of the status of this case and propose a schedule for proceeding.

25    Dated:  November 23, 2021

26

27    DLB:9/DB Prisoner Inbox/Civil Rights/R/muri0266.sts

28

                        DEBORAH BARNES
                        UNITED STATES MAGISTRATE JUDGE

                                          1