UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN MURILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. HOLLAND, et al.,<br><br>　　　　　Defendants. | No.  1:15-cv-0266 KJM DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges defendants' use of the Guard One security check system violated his Eighth Amendment rights.  On December 27, 2021, defendants filed a motion to lift the stay in this case and to dismiss it.  Plaintiff has not filed a response.

　　　　Local Rule 230(l) states that a party shall file an opposition to a motion "not more than twenty-one (21) days after the date of service of the motion."  If a party does not oppose the motions, he must file a statement of non-opposition.  If the party fails "to file an opposition or to file a statement of no opposition," the court may consider that failure to be a waiver of any opposition to the granting of the motion and may impose sanctions.

　　　　Plaintiff will be given additional time to file an opposition or statement of non-opposition to the motions to lift the stay and to dismiss.  If he fails to do so, this court may recommend this action be dismissed for plaintiff's failure to prosecute and failure to comply with court orders.

See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Accordingly, IT IS HEREBY ORDERED that within 30 days of the filed date of this order, plaintiff shall file an opposition or statement of non-opposition to defendants' motions to lift the stay and to dismiss. If plaintiff fails to comply with this order, this court may recommend this action be dismissed.

Dated:  March 28, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/muri0266.mtd oppo eot