UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN MURILLO, | No. 1:15-cv-0266 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| K. HOLLAND, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. Plaintiff contends that use of the Guard One security check system at the California Correctional Institution caused him sleep deprivation in violation of the Eighth Amendment. Before the court is plaintiff's August 10 request for a settlement conference. In addition, on September 29, Chief Judge Mueller denied defendants Holland and Gutierrez's motion to dismiss without prejudice to its renewal as a motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within ten days of the date of this order, defendants shall file a response to plaintiff's request for a settlement conference.

2. If defendants wish to pursue the issues raised in their motion to dismiss, they shall file a motion for summary judgment within thirty days of the date of this order. Plaintiff shall file an

////

1

opposition within thirty days of service of the motion.  Defendants shall file any reply within ten days of plaintiff's filing.

DATED:  October 3, 2023

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/murr0266.msj deadline

2