UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN MURILLO,<br><br>             Plaintiff,<br><br>    v.<br><br>KIM HOLLAND, et al.,<br><br>             Defendants. | No.  1:15-cv-0266 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges defendants' use of the Guard One security check system caused sleep disruption in violation of the Eighth Amendment.  Before the court is plaintiff's motion for a settlement conference.  Plaintiff states that he is seeking the conference in the interest of conserving judicial resources.  Defendants oppose the motion.  They feel they have a strong qualified immunity defense that they intend to raise in a motion for summary judgment.  Based on defendants' opposition, it does not appear that a settlement conference would be fruitful at this time.

////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a settlement conference (ECF No. 139) is denied.

Dated: October 17, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/muri0266.mot for sett

2