IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN MURILLO,<br><br>            Plaintiff,<br><br>    v.<br><br>HOLLAND, et al.,<br><br>            Defendants. | 1:15-cv-0266 KJM DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. In an order filed October 4, 2023, this court gave defendants 30 days to file any motion for summary judgment. Defendants seek a 43-day extension of time. Defendants' counsel explains that they have been unable and will be unable to devote sufficient time to the motion for summary judgment due to their workload in the <u>Coleman</u> class action and due to travel plans.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 145) is granted; and

////

////

////

////

2. On or before December 15, 2023, defendants shall file any motion for summary judgment. The October 4 order remains unchanged in all other respects.

DATED: October 26, 2023

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/muri0266.msj eot