IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN MURILLO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HOLLAND, et al.,<br><br>　　　　　　　Defendants. | 1:15-cv-0266 KJM DB P<br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. On December 15, 2023, defendants filed a motion for summary judgment. Plaintiff filed an opposition on January 18. Defendants now seek a two-week extension of time to file a reply. Defendants state that they require additional time to investigate plaintiff's allegations of misconduct by prison library staff. This court finds defendants have shown good cause for an extension of time.

////

////

////

////

////

1    Accordingly, IT IS HEREBY ORDERED that defendants' motion for an extension of time
2  (ECF No. 150) is granted.  On or before February 8, 2024, defendants shall file any reply in
3  support of their motion for summary judgment.
4  DATED:  January 25, 2024

                    /s/  DEBORAH BARNES
                    UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/muri0266.msj reply eot