UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN MURILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. HOLLAND, et al.,<br><br>　　　　Defendants. | No.  1:15-cv-0266 DC SCR P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  On July 29, 2024, the previously assigned magistrate judge recommended defendants' motion for summary judgment be denied.  Defendants filed objections to that recommendation.  The district judge has not yet issued a ruling on the motion.

　　　In a document filed on August 26, plaintiff requests the appointment of counsel and a settlement conference.  Plaintiff complains of the slow progress of this case and states that a settlement conference would preserve judicial time and resources.  Plaintiff seeks appointment of counsel to help him prepare for trial.

　　　Until defendants' motion for summary judgment is resolved by an order of the district judge, plaintiff's motions are premature.  They will be denied without prejudice to their renewal at a later date, if appropriate.

////

1

  Accordingly, and good cause appearing, IT IS HEREBY ORDERED that plaintiff's motions for appointment of counsel and a settlement conference (ECF No. 157) are denied without prejudice.

DATED: October 25, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

SCR/vw/muri0266.31