1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    JOAQUIN MURILLO,                    No.  1:15-cv-0266 DC SCR P

10                  Plaintiff,

11        v.                             ORDER

12   K. HOLLAND, et al.,

13                  Defendants.

14

15        Plaintiff, a state prisoner proceeding pro se with a civil rights action, has requested

16   appointment of counsel and a settlement conference.  Plaintiff filed similar motions in August.

17   (ECF No. 157.)  The court denied those motions as premature.  (ECF No. 160.)  For the same

18   reasons,

19        IT IS HEREBY ORDERED that plaintiff's motions for the appointment of counsel and a

20   settlement conference (ECF No. 159) are denied without prejudice to their renewal, if

21   appropriate, after the district judge has ruled on defendants' motion for summary judgment.

22   DATED: October 29, 2024

23

24   _____

25   SEAN C. RIORDAN
     UNITED STATES MAGISTRATE JUDGE

26

27

28