UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN MURILLO,<br>Plaintiff,<br>v.<br>K. HOLLAND, et al.,<br>Defendants. | No. 1:15-cv-00266-DC-SCR<br><br><u>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO NINTH CIRCUIT REMAND</u><br><br>(ECF No. 147) |

Plaintiff is a state prisoner representing himself in this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Holland and Gutierrez based on their use of the Guard One welfare check system in violation of his Eighth Amendment rights.

On March 16, 2026, the Ninth Circuit Court of Appeal issued its decision reversing the denial of Defendants' motion for summary judgment based on qualified immunity and remanding the matter back to this court. ECF No. 174. Consistent with that opinion, the court hereby grants Defendants' motion for summary judgment (ECF No. 147) on the basis of qualified immunity and will direct the Clerk of the Court to enter judgment accordingly.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for summary judgment (ECF No. 147) is GRANTED based on qualified immunity; and

2. The Clerk of the Court is directed to enter judgment for Defendants Holland and

Gutierrez and close this case.

IT IS SO ORDERED.

Dated: **July 17, 2026**

Dena Coggins
United States District Judge